# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHN WEBB, JR.  PLAINTIFF
ADC #151121

v.                                   4:22-cv-01256-JM-JJV

RORY GRIFFIN, Deputy Director
of Medical Services, ADC; *et al.*  DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.     DISCUSSION**

John Webb, Jr. ("Plaintiff") is a prisoner proceeding *pro se* in this § 1983 action. On February 3, 2023, I denied his Application to Proceed *In Forma Pauperis* because he had sufficient funds to pay the $402 filing and administrative fee, gave him thirty days to pay the fees in full, and advised him I would recommend dismissal if he did not timely comply with my instructions.[1] (Doc. 4.) Plaintiff has not complied with my Order, and the time to do so has passed. Therefore,

---

[1] Plaintiff's total balance for the prior six months was $1471.04, his average monthly balance was $1745.17, and his current balance was $1140.51. (Doc. 3.)

1

I recommend this case be dismissed due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 10th day of March 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE