IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN WEBB, JR.     PLAINTIFF
ADC #151121

v.     4:22-cv-01256-JM-JJV

RORY GRIFFIN, Deputy Director
of Medical Services, ADC; *et al.*     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, plaintiff's claims are dismissed without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 31st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE